IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-458-L** |
| | § | |
| **IAB MARKETING ASSOCIATES, LP,** | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is the Receiver's Sixth Interim Status Report, Cash Accounting, and Sworn Motion Requesting Authorization to Pay Fees and Expenses (Doc. 500), filed October 10, 2014. On November 19, 2014, Magistrate Judge Renee Harris Toliver entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant the Receiver's motion and request to recover a total of $46,562.81 in professional fees and expenses for the period ending September 25, 2014. No objections to the Report were filed.

Having reviewed the motion, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** the Receiver's Sixth Interim Status Report, Cash Accounting, and Sworn Motion Requesting Authorization to Pay Fees and Expenses (Doc. 500) and **authorizes** the Receiver to pay from the IAB Defendants' assets in receivership the following fees and expenses that were incurred or paid during the period ending September 25, 2014: (1) **$11,660** to Scheef & Stone for the

Receiver's fees; (2) **$12,910.31** to Scheef & Stone for fees and expenses; and (3) **$21,992.50** to Whitley Penn for services rendered and expenses.

    It is so ordered this 17th day of December, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Page 2**